FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DURAID MOHAMMED RASHAD and RANA IZZ ALDINE ABDULATEFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>UR JADDOU, LEANNE LEIGH, and JONATHAN WEST, in official capacity,<br><br>    Defendants. | No. 4:23-CV-05123-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court is Plaintiffs' Notice of Voluntary Dismissal (Case) Without Prejudice, ECF No. 5. Plaintiffs are represented by Bart Klein. Defendants are represented by Derek T. Taylor and Molly M.S. Smith. The voluntary dismissal was heard without oral argument.

    The parties stipulate and agree that the above-captioned case be dismissed without prejudice as the matter is now moot. Plaintiff filed the pending notice and Defendants consented to the filing of dismissal. Having reviewed the necessary materials and being fully informed, the Court finds good cause to grant the dismissal. The Court instructs the Clerk of Court to close the file.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    Plaintiffs' Notice of Voluntary Dismissal (Case) Without Prejudice, ECF No. 5, is **GRANTED**.

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

2. The above-captioned action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 14th day of November 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**